UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. ) |
| JACK E. GRAVENMIER, | ) 4:12CR00065 JAR ) |
| Defendant. | ) |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

Between on or about January 16, 2012, and February 11, 2012, within the Eastern District of Missouri and elsewhere,

**JACK E. GRAVENMIER,**

the defendant herein, did use any facility and means of interstate commerce, and did knowingly attempt to persuade, induce, entice and coerce Detective James A. Stewart, of the Troy Police Department, whom defendant believed to be J.Y., a minor who was under the age of eighteen years old, to engage in sexual activity for which any person can be charged with a criminal offense, to wit: the defendant, who was at least twenty-one years of age, believed Detective Stewart was J.Y., a minor under the age of seventeen years, and attempted to persuade, induce, entice, and coerce Detective Stewart to have deviate sexual intercourse with the defendant, in violation of Missouri Revised Statute, Section 566.064,

In violation of Title 18, United States Code, Section 2422(b).

## COUNT II

The Grand Jury charges that:

On or about February 11, 2012, within the Eastern District of Missouri and elsewhere,

**JACK E. GRAVENMIER,**

the defendant herein, did knowingly travel in interstate commerce, with the purpose to engage in illicit sexual conduct with another person, to wit: defendant knowingly traveled from West Virginia to the Eastern District of Missouri for the purpose of engaging in oral and anal sex with J.Y. who was under eighteen years of age;

In violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney