**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.  4:12 CR 65 JAR (DDN) |
| | ) | |
| **JACK E. GRAVENMIER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**RESPONSE TO DEFENDANT'S MOTION FOR CONTINUANCE OF EVIDENTIARY HEARING SETTING (DOC. #32)**

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Richard G. Callahan and Robert F. Livergood, Assistant United States Attorney for said district, and joins in defendant's request for continuance.

1. This matter is currently set for an Evidentiary Hearing on May 31, 2012.

2. It is anticipated that other jurisdictions may have charges concerning the defendant arising from the investigation in this matter.

3. Defendant's counsel has requested the Government to attempt to obtain a global settlement offer.

4. On May 21, 2012, the defendant filed his motion to continue the evidentiary hearing (Doc. #32).

5. In defendant's motion, he requests a continuance of the evidentiary hearing in order to review the evidence and to attempt to obtain a global resolution.  Doc. #32 at 3.

6. The defendant has already waived his right to a speedy trial. *See Motion to Continue Evidentiary Hearing* at 2 (Doc. # 26).

The parties jointly request a continuance and agree that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted:

RICHARD G. CALLAHAN
United States Attorney


 s/Robert F. Livergood
ROBERT F. LIVERGOOD 35432MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
(314) 539-2309 FAX
rob.livergood@usdoj.gov

2

CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:


Mr. Mark A. Hammer
The Hammer Law Firm, LLC
7710 Carondelet, Suite 200
Clayton, Missouri 63105.


                                            s/*Robert F. Livergood*
                                            ROBERT F. LIVERGOOD, 35432MO
                                            Assistant United States Attorney